*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Christopher J. Morris<br><br>xxx−xx−5817<br>8416 Falcon Drive<br>Liverpool, NY 13090<br><br>Jaclyn M. Morris<br>aka Jaclyn Morris−Valente, aka Jaclyn Valente<br><br>xxx−xx−4206<br>8416 Falcon Drive<br>Liverpool, NY 13090 | Case Number: 16−30963−5−mcr<br><br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Mary Lannon Fangio−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 11/8/16

*BY THE COURT*

Margaret M. Cangilos−Ruiz
Chief U.S. Bankruptcy Judge